■ TEODORO LUGO, Plaintiff, v VISTA PROPERTIES, INC., et al. Defendants and Third-Party Plaintiffs-Appellants, et al., Defendants. SULLIVAN & CROMWELL, Third-Party Defendant-Respondent. (And a Fourth-Party Action.) [627 NYS2d 920] —Order, Supreme Court, New York County (Angela Mazzarelli, J.), entered on or about August 1, 1994, unanimously affirmed for the reasons stated by Mazzarelli, J., with costs and disbursements. No opinion. Concur—Murphy, P. J., Rubin, Kupferman and Ross, JJ.